UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHRISTY BALLANCE, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
  v. )
) **CASE NO. 5:19-CV-421-D**
ANDREW M. SAUL, Commissioner of Social )
Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on June 23, 2020, and Copies To:**
Charlotte Williams Hall         (via CM/ECF electronic notification)
Amanda B. Gilman         (via CM/ECF electronic notification)

DATE:         PETER A. MOORE, JR., CLERK
June 23, 2020         (By) /s/ Nicole Sellers
        Deputy Clerk